JUDGE JONES

Baruch S. Gottesman, Esq.
654 Madison Avenue
Suite #1507
New York, NY 10065-8404
Phone: (212) 207-3794
Fax: (212) 859-7307
e-mail: baruchesq@yahoo.com

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CAPSTAR RADIO OPERATING COMPANY, INC.** D/B/A **WLTW LITE FM,** | )<br>)<br>)<br>) |
| *Plaintiff,* | )<br>) |
| ~ *against* ~ | )<br>) |
| **UNITED CREDIT ADJUSTERS, INC.** A/K/A **UNITED CREDIT ADJUSTORS, INC.,** | )<br>)<br>)<br>) |
| *Defendant.* | )<br>) |



'08 CIV 3881

Index No. _____

**NOTICE OF REMOVAL**

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant **UNITED CREDIT ADJUSTERS, INC.** A/K/A **UNITED CREDIT ADJUSTORS, INC.**, files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, and removes to this Court the action known as <u>Capstar Radio Operating Company, Inc. d/b/a WLTW LITE FM *v.* United Credit Adjusters, Inc. a/k/a United Credit Adjustors, Inc.</u>, Index #600789–08, previously filed with the Supreme Court of the State of New York, New York County. The grounds for removal are as follows:

## PROCEDURAL HISTORY

1. This action was commenced on or about March 18, 2008 by the purchase of an Index Number and filing of a Complaint with the Supreme Court of the State of New York, New York County.

2. A copy of the Summons and Complaint are attached to this Notice of Removal as Exhibit A, and made a part hereof.

3. Defendant was served on March 26, 2008.

4. Defendant's time to answer the Summons and Complaint has not expired and Defendant has not yet served or filed an Answer.

5. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it being filed within thirty days after receipt by Defendants, through service or otherwise, of copies of the Summons and Complaint.

## JURISDICTION

6. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332(a)(1), (3) based on diversity of citizenship and amount in controversy.

7. Plaintiff **CAPSTAR RADIO OPERATING COMPANY, INC. D/B/A WLTW LITE FM**, alleges that it is a Delaware Corporation maintaining its offices in the City, County and State of New York. (Complaint at ¶ 1)

8. Defendant **UNITED CREDIT ADJUSTERS, INC. A/K/A UNITED CREDIT ADJUSTORS, INC.** is a New Jersey Corporation which maintaining its offices in New Jersey. (Complaint at ¶ 2)

9.  The Complaint demands a judgment against Defendant in the amount of $365,040.50 with interest from September 7, 2007, and the costs and disbursements of the action. (Complaint at ¶ 11, and concluding prayer for relief)

10. Accordingly, the amount in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00.

11. Removal is therefore proper under 28 U.S.C. § 1441(a).

### COMPLIANCE WITH 28 U.S.C. § 1446

12. Promptly upon filing of this Notice of Removal, a true copy of this Notice of Removal will be provided to all adverse parties pursuant to 28 U.S.C. § 1446(d).

13. Concurrently with the filing of this Notice of Removal, Defendant is filing a Notice of Filing of Notice of Removal with the Clerk of the Supreme Court of the State of New York, New York County.

14. A copy of the Notice of Filing of Notice of Removal is attached to this Notice of Removal as Exhibit B, and made a part hereof.

WHEREFORE, Defendant removes this action from the Supreme Court of the State of New York, New York County.

**Dated**: New York, New York

This 23nd day of April, 2008

BARUCH S. GOTTESMAN, ESQ.

BY: _____
Baruch S. Gottesman, Esq. (BG2222)
654 Madison Avenue

Notice of Removal of
Defendant United Credit Adjusters, Inc.
Page 3 of 4

Suite #1507
New York, NY 10065-8404
Phone: (212) 207-3794
Fax: (212) 859-7307
E-mail: baruchesq@yahoo.com

**Of Counsel:**
ROBERT F. MAGLIO
Robert F. Maglio, Esq.
1091 Route 28 West
Branchburg, NJ 08876
Phone: (732) 292-6500
E-mail: maglionjlaw@optonline.net

*Application for Admission Pro Hac Vice Pending*

Copy to:

**MARTIN S. COLE**
*(Attorney for Plaintiff in State proceedings)*
110 Wall Street
11th Floor
New York, NY 10005–3817
Phone: (212) 929-0606

# EXHIBIT A

B 106—Summons with notice, blank court. personal or substituted service. 12 pt. type. 4-94

© 1993 JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

Index No. 600789-08
Date purchased 3/18/08

SUPREME COURT: NEW YORK COUNTY

CAPSTAR RADIO OPERATING COMPANY, INC.
d/b/a WLTW LITE FM

*Plaintiff(s)*

against

UNITED CREDIT ADJUSTERS, INC.
a/k/a UNITED CREDIT ADJUSTORS, INC.

*Defendant(s)*

Plaintiff(s) designate(s)
NEW YORK
County as the place of trial.

The basis of the venue is
PLAINTIFF RESIDES IN
NEW YORK COUNTY

Summons
with Notice

Plaintiff(s) reside(s) at
1133 AVENUE OF THE AMERICAS
NEW YORK, NY
County of NEW YORK

To the above named Defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, March 17, 2008

MARTIN S. COLE
Attorney(s) for Plaintiff

Defendant's address:
1) 4555 Route 9 North, 2nd Fl., Howell, NJ 07731
2) 2519 Highway 35, Bldg. A, Ste. 101, Manasquan, NJ 08736
   Attn: Ahron Henoch, Pres.; Ezra Rishty, V.P.;
   and Gerald Serino, V.P.

Notice: The nature of this action is services rendered.

Office and Post Office Address
110 Wall Street, 11th Floor
New York, NY 10005-3817
(212) 929-0606

The relief sought is judgment for $365,040.50, with interest, costs and disbursements.

Upon your failure to appear, judgment will be taken against you by default for the sum of $365,040.50 with interest from September 7, 2007 and the costs of this action.

SUPREME COURT: NEW YORK COUNTY
-----------------------------------------------------------------X
CAPSTAR RADIO OPERATING COMPANY, INC.
d/b/a WLTW LITE FM

                                                                    *Plaintiff*      **COMPLAINT**

      -against-

UNITED CREDIT ADJUSTERS, INC. a/k/a UNITED CREDIT
ADJUSTORS, INC.

                                                              *Defendant*
-----------------------------------------------------------------X

        Plaintiff, complaining of the defendant, by its attorney, Martin S. Cole, hereby alleges:

## AS AND FOR A FIRST CAUSE OF ACTION

1. Plaintiff is a Delaware corporation, maintaining its offices in the City, County and State of New York and elsewhere in the United States.

2. Defendant is a New Jersey corporation, maintaining its offices and place of business in the State of New Jersey.

3. Defendant transacts business in the State of New York and in other states within the United States.

4. This cause of action arose in the State of New York.

5. Plaintiff is the owner and operator of the radio station WLTW Lite FM in the City, County and State of New York, and also owns and operates other radio stations throughout the United States.

6. Heretofore, and from on or about April 7, 2007 to September 7, 2007, at the special instance and request of the defendant, plaintiff rendered radio advertising services to the defendant at the total net agreed price and reasonable value of $365,040.50, no part of which has been paid although due and duly demanded.

7. Annexed hereto is a statement of account issued by plaintiff to defendant, setting forth the status of defendant's account, all invoices charged to defendant, any payments on account by defendant, and the balance due of $365,040.50.

8. The net amount due from defendant to plaintiff was and is the sum of $365,040.50.

9. Said sum represents the balance due on the agreed price owed by defendant to plaintiff and also constitutes the reasonable value of said advertising services.

10. Included in said amount are the annexed checks made and issued by defendant to plaintiff's parent, Clear Channel Broadcasting, Inc., which checks were returned unpaid by defendant's bank by reason of insufficient funds or stoppage of payment:

| No. ?     | August 9, 2007     | $12,937.00 |
| No. 12016 | August 18, 2007    | $12,937.00 |
| No. 12280 | July, 2007         | $13,000.00 |
| No. 12358 | May 23, 2007 (?)   | $14,000.00 |
| No. 12014 | July 30, 2007      | $12,397.00 |
| No. 12206 | December 21, 2007  | $ 7,500.00 |

11. By reason of the foregoing, plaintiff has sustained damages in the sum of $365,040.50.

## AS AND FOR A SECOND CAUSE OF ACTION

12. Plaintiff repeats and re-alleges each and every allegation set forth in paragraphs 1 through 11 of this complaint.

13. The invoices for said advertising services, and monthly statements of account, were sent by plaintiff to defendant in the regular and ordinary course of business, and were accepted by defendant without objection thereto.

14. Said invoices and statements constitute an account stated by plaintiff to defendant.

WHEREFORE, plaintiff demands judgment against the defendant in the sum of $365,040.50, with interest from September 7, 2007, and the costs and disbursements of this action.

*[signature]*
MARTIN S. COLE
Attorney for Plaintiff
110 Wall Street, 11th Floor
New York, NY 10005-3817
(212) 929-0606

DATED: March 17, 2008

| Date | Station | Advertiser | Transaction Type | Amount | Balance | Invoice | Order |
|---|---|---|---|---|---|---|---|
| Apr-07 | SWAXQ-FM | UNITED CREDIT ADJUSTERS | Invoice | 150.00 | 150.00 | 58853-1 | 45755 |
| May-07 | SWAXQ-FM | UNITED CREDIT ADJUSTERS | Invoice | 450.00 | 450.00 | 60062-1 | 45755 |
| Apr-07 | SWLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 935.00 | 935.00 | 57162-1 | 36749 |
| May-07 | SWLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 795.00 | 795.00 | 58976-1 | 36749 |
| May-07 | SWLTW-FM | UNITED CREDIT ADJUSTERS | Check #12359 | 755.00 | 755.00 | 54241-1 | 36749 |
| Jun-07 | SWLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 800.00 | 800.00 | 60691-1 | 36749 |
| Jul-07 | SWLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 1,000.00 | 1,000.00 | 62417-1 | 36749 |
| Aug-07 | SWLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 770.00 | 770.00 | 64189-1 | 36749 |
| Sep-07 | SWLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 380.00 | 380.00 | 65891-1 | 36749 |
| Apr-07 | WAXQ-FM | UNITED CREDIT ADJUSTERS | Invoice | 5,150.00 | 5,150.00 | 58844-1 | 45743 |
| May-07 | WAXQ-FM | UNITED CREDIT ADJUSTERS | Invoice | 8,550.00 | 8,550.00 | 60055-1 | 45743 |
| Mar-07 | WKTU-FM | UNITED CREDIT ADJUSTERS | Invoice | 17,700.00 | 17,700.00 | 55935-1 | 40537 |
| Apr-07 | WKTU-FM | UNITED CREDIT ADJUSTERS | Invoice | 17,800.00 | 17,800.00 | 57294-1 | 40537 |
| May-07 | WKTU-FM | UNITED CREDIT ADJUSTERS | Invoice | 15,575.00 | 15,575.00 | 59073-1 | 40537 |
| Jun-07 | WKTU-FM | UNITED CREDIT ADJUSTERS | Invoice | 7,675.00 | 7,675.00 | 62312-1 | 47724 |
| Jun-07 | WKTU-FM | UNITED CREDIT ADJUSTERS | Invoice | 125.00 | 125.00 | 60775-1 | 40537 |
| Jul-07 | WKTU-FM | UNITED CREDIT ADJUSTERS | Invoice | 16,950.00 | 16,950.00 | 63326-1 | 47724 |
| Aug-07 | WKTU-FM | UNITED CREDIT ADJUSTERS | Invoice | 8,775.00 | 8,775.00 | 64727-1 | 47724 |
| Apr-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 23,800.00 | 23,800.00 | 57163-1 | 36750 |
| Apr-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Check #12280 | 13,000.00 | 13,000.00 | 50273-1 | 36750 |
| May-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 9,790.00 | 9,790.00 | 58977-1 | 36750 |
| May-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Check #12359 | 10,060.50 | 10,060.50 | 52963-1 | 36750 |
| Jun-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 800.00 | 800.00 | 60692-1 | 36750 |
| Jun-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 35,670.00 | 19,781.00 | 61403-1 | 46106 |
| Jul-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 19,600.00 | 19,600.00 | 62879-1 | 46106 |
| Jul-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Check #12014 | 835.50 | 835.50 | 55735-1 | 36750 |
| Aug-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Pre-payment check #12015 | 12,937.00 | 12,937.00 | | 36750 |
| Aug-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Pre-payment check #12016 | 12,937.00 | 12,937.00 | | 46106 |
| Aug-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 15,120.00 | 15,120.00 | 64523-1 | 46106 |
| Sep-07 | WLTW-FM | UNITED CREDIT ADJUSTERS | Invoice | 7,310.00 | 7,310.00 | 66193-1 | 46106 |
| Mar-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Invoice | 15,720.00 | 3,618.50 | 55821-1 | 39627 |
| Apr-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Invoice | 5,830.00 | 5,830.00 | 57229-1 | 39627 |
| Apr-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Invoice | 15,950.00 | 15,950.00 | 58303-1 | 44776 |
| May-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Invoice | 16,050.00 | 16,050.00 | 59591-1 | 44776 |
| May-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Check #12359 | 3,184.50 | 3,184.50 | 54358-1 | 39627 |
| Jun-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Invoice | 16,000.00 | 16,000.00 | 61134-1 | 44776 |
| Jul-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Invoice | 2,000.00 | 2,000.00 | 62756-1 | 44776 |
| Jul-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Invoice | 16,000.00 | 16,000.00 | 63503-1 | 47991 |
| Jul-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Check #12014 | 12,101.50 | 12,101.50 | 55821-1 | 39627 |
| Aug-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Invoice | 16,000.00 | 16,000.00 | 64815-1 | 47991 |
| Sep-07 | WWPR-FM | UNITED CREDIT ADJUSTERS | Invoice | 8,000.00 | 8,000.00 | 66359-1 | 47991 |
| | | | | 393,031.00 | 365,040.50 | | |

Baruch S. Gottesman, Esq.
654 Madison Avenue
Suite #1507
New York, NY 10065-8404
Phone: (212) 207-3794
Fax: (212) 859-7307
e-mail: baruchesq@yahoo.com

**SUPREME COURT OF NEW YORK**
**NEW YORK COUNTY**

| | |
|---|---|
| **CAPSTAR RADIO OPERATING COMPANY, INC.** D/B/A **WLTW LITE FM**,<br><br>*Plaintiff*,<br><br>~ against ~<br><br>**UNITED CREDIT ADJUSTERS, INC.** A/K/A **UNITED CREDIT ADJUSTORS, INC.**,<br><br>*Defendant*. | Case No. 600789–08<br><br>NOTICE OF FILING OF NOTICE OF REMOVAL<br><br>(*Unassigned*) |

PLEASE TAKE NOTICE that Defendant: **UNITED CREDIT ADJUSTERS, INC.** A/K/A **UNITED CREDIT ADJUSTORS, INC.**; have via their attorney filed the attached *Notice of Removal of Civil Action to United States District Court* to the United States District Court for the Eastern District of New York. By virtue of 28 U.S.C. §1445(f) the State court shall proceed no further unless and until the case is remanded.

RESPECTFULLY SUBMITTED this 23rd day of April, 2008.

                                          BARUCH S. GOTTESMAN, ESQ.

BY: _____
                                        Baruch S. Gottesman, Esq.
                                        654 Madison Avenue
                                        Suite #1507
                                        New York, NY 10065-8404
                                        Phone: (212) 207-3794
                                        Fax: (212) 859-7307
                                        e-mail: baruchesq@yahoo.com

                                        *Attorney for Defendant*

Copy to:

**MARTIN S. COLE**
*(Attorney for Plaintiff in State proceedings)*
110 Wall Street
11th Floor
New York, NY 10005–3817
Phone: (212) 929-0606