UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 3881**

CAPSTAR RADIO OPERATING
COMPANY, INC. D/B/A WLTW LITE FM,

Plaintiff,

-v-

UNITED CREDIT ADJUSTERS, INC. A/K/
A UNITED CREDIT ADJUSTORS, INC.,

Defendant.

Case No. _____

**Rule 7.1 Statement**

RECEIVED APR 2 4 20__ U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Capstar Radio Operating Company, Inc.__   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 4/24/08

Signature of Attorney

Attorney Bar Code: BG2222

Form Rule7_1.pdf   SDNY Web 10/2007