SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

CAPSTAR RADIO OPERATING
COMPANY, INC. d/b/a WLTW LITE
FM,

    Plaintiff,

v.

UNITED CREDIT ADJUSTERS, INC.
a/k/a UNITED CREDIT ADJUSTORS,
INC.,

    Defendant.

---

INDEX NO: 600789/08

CONSENT TO CHANGE ATTORNEY

IT IS HEREBY CONSENTED THAT Goodman & Leopold L.L.P. located at 460 Park Avenue, 12th Fl., New York, New York, be substituted as attorneys of record for the undersigned party in the above entitled action in place and stead of the undersigned attorneys as of the date hereof.

Dated: New York, New York
      June 12, 2008

MARTIN S. COLE

By: _____
    Martin S. Cole, Esq.
    Withdrawing Attorney

GOODMAN & LEOPOLD L.L.P.

By: _____
    Howard B. Leopold, Esq.
    Superseding Attorney

CAPSTAR RADIO OPERATING COMPANY,
INC. d/b/a WLTW LITE FM

By: _____

State of N.Y.     )
                  ) ss.
County of NY      )

On the 13 day of June, 2008 before me personally came Charles J. Bitzow, to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed same.

_____
Notary Public

MARTIN S. COLE
Notary Public, State of New York
No. 31-02CO5034968
Qualified in new York County
Commission Expires Oct. 24, 20__