UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CAPSTAR RADIO OPERATING
COMPANY, INC., D/B/A
~~WLTW~~ WLTW LITE FM
                    Plaintiff(s),    08 Civ. 3881 (BSJ)(DFE)

    - against -                      SCHEDULING ORDER

UNITED CREDIT ADJUSTERS, INC.,
A/K/A UNITED CREDIT ADJUSTORS, INC.,
                    Defendant(s).

------------------------------------x

DOUGLAS F. EATON, United States Magistrate Judge.

*I direct each party to make its disclosures pursuant to Rule 26(a)(1) by 8/6/08 by 10:00 a.m. I direct Defendant to produce a knowledgeable witness for deposition on 8/6/08 at 10:00 a.m. at 12th Floor, 460 Park Ave., NY, NY, and to bring the originals of all documents that Defendant wishes to use to defend against summary judgment.*

1. Any motion for leave to amend the pleadings or to add parties must be served and filed by 8/15/08.

2. All fact discovery must be commenced in time to be completed by 10/30/08 .

3. Any proposed expert witness who falls within the words of Rule 26(a)(2)(B) must serve a report in strict compliance with that Rule -- plaintiff's experts by 8/15/08 , defendant's experts by 9/15/08 . These are also the deadlines for identifying any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. All expert discovery must be commenced in time to be completed by 10/30/08 .

4. Any dispositive motion must be served and filed by 11/15/08 . If the District Judge requires a pre-motion conference, then this is the deadline to request such a conference.

USDC SDNY
DATE SCANNED 7/28/08

5.  If (and only if) no dispositive motion has been made, the joint pre-trial order, in a format that complies with the trial Judge's individual rules, must be filed by 12/7/08. ; Plaintiff must serve its sections of the pre-trial order by 11/22/08; Defendant must serve its sections by 11/30/08

6.  None of these deadlines will be extended except upon a showing of good cause. Any request for an extension must be made, by fax and by mail, <u>at least one week before</u> the deadline in question, and must state the other parties' positions concerning the proposed alternative date.

7.  I will <u>not</u> "so order" any consent adjournment unless it complies with Paragraph 6 and tells me in writing the factual basis for the "good cause."

8.  Pursuant to Rule 16(f), I may impose sanctions, including attorney's fees, if a party or a party's attorney fails to obey this scheduling order.

_____
DOUGLAS F. EATON
United States Magistrate Judge

Dated:   New York, New York
July 28, 2008

2