UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Capstar Radio Operating Company, Inc., d/b/a WLTW LITE FM,<br><br>Plaintiff,<br><br>v.<br><br>United Credit Adjusters, Inc. a/k/a United Credit Adjustors, Inc.,<br><br>Defendant. | CIVIL ACTION NO: 003881/08<br><br>**PLAINTIFF'S INITIAL DISCLOSURES** |

**SIRS:**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, plaintiff submits its initial disclosures, as follows:

A. 1. Tracy Bennett – Credit Manager for Clear Channel. Services provided by the Plaintiff for the Defendant; the amount of money billed to the Defendant; the money owed to the Plaintiff; and the agreement between the parties.

2. Bernard Weiss – Sales Manager for Clear Channel, Station WLTW. Services provided by the Plaintiff for the Defendant, the amount of money billed to the Defendant, the money owed to the Plaintiff and the agreement between the parties.

B. Plaintiff is in possession of the following documents:

1. The Agreements between the parties; and

2. The invoices evidencing the monies owed.

C. See Plaintiff's complaint.

1

Dated: July 29, 2008

/s/_____
Howard B. Leopold, Esq. (8341)
Goodman & Leopold, L.L.P.
460 Park Avenue, 12th Fl.
New York, NY 10022
Attorneys for Plaintiff

TO: Baruch S. Gottesman, Esq.
Star Financial, LLC
654 Madison Avenue, Suite 1507
New York, NY 10065
Attorneys for Defendant

Z:\Linda\2182-28\Initial Disclosures.wpd